UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN M.B. WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JASON F. WALKER,<br><br>　　　　　　　Defendant. | CASE NO. C21-5571 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's motion to proceed *in forma pauperis*, Dkt. 5, is **DENIED**;

(3) As Plaintiff has failed to state a claim upon which relief can be granted, this dismissal constitutes a strike under 42 U.S.C. § 1915(g); and

\\

\\

(4) The Clerk shall enter JUDGMENT and close this case.

Dated this 18th day of January, 2022.

BENJAMIN H. SETTLE
United States District Judge